## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    DARRELL MELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-1165-HE |
| | ) | |
| 1.    DRINNON CONSTRUCTION | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

## RESPECTFULLY SUBMITTED THIS 24th DAY OF JANUARY, 2014.

s/ Amber L. Hurst
Mark Hammons, OBA No. 3784
Amber Hurst, OBA No. 21231
HAMMONS, GOWENS, HURST
     & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: Amberh@hammonslaw.com
*Counsel for Plaintiff*

s/ Daniel P. Johnson
(*Signed by filing counsel with*
*permission of Mr. Johnson*)
Daniel P. Johnson, OBA No. 20742
Allen Hutson, OBA No. 30118
Crowe & Dunlevy
20 North Broadway, Suite 1800
Oklahoma City, Oklahoma 73102-8273
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
Email: allen.hutson@crowedunlevy.com
     daniel.johnson@crowedunlevy.com
*Counsel for Defendant Drinnon*